UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN J. REZNIK,                                    Case No. 26-10607

      Plaintiff,                                    F. Kay Behm
v.                                                   United States District Judge

JP MORGAN CHASE, N.A.,

      Defendant.
_____/

**ORDER REGARDING DEFENDANT'S**
**<u>MOTION TO DISMISS (ECF No. 6)</u>**

On February 20, 2026, Defendant removed this matter to federal court. (ECF No. 1).  On March 23, 2026, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.  (ECF No. 6).

Fed. R. Civ. P. 15(a)(1)(B) states that a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b), rather than filing a response.  Accordingly, without expressing any view regarding the merits of the Motion to Dismiss, the court reminds Plaintiff of the opportunity to cure any purported deficiencies by filing an amended complaint.

1

If Plaintiff files an amended complaint, the court will deny without prejudice the currently pending Motion to Dismiss as moot.  If Plaintiff elects not to file an amended complaint and instead files a substantive response, the court will rule on the pending motion and any dismissal may be with prejudice.

**SO ORDERED**.

Date: March 27, 2026                                        s/F. Kay Behm
                                                           F. Kay Behm
                                                           United States District Judge